UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARCEL RODRIGUEZ,

                    Plaintiff,

        v.

ABIGAIL BADERTSCHER et al.,

                    Defendants.

CASE NO. 25-CV-5880-JHC

ORDER

This matter comes before the Court sua sponte on pro se Plaintiff Darcel Rodriguez's Amended Complaint.  Dkt # 12.

A complaint filed by any party that seeks to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915(a) is subject to screening.  *See Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc).  If a court determines that a complaint filed under 28 U.S.C. § 1915(a) is frivolous, malicious, fails to state a claim, or seeks damages from defendants immune from such relief, the court must dismiss the case.  *Id.*; *see also* 28 U.S.C. § 1915(e)(2)(B).  On February 3, 2026, the Court dismissed the Complaint for failure to state a claim and granted leave to amend. *See* Dkt. # 11.

ORDER - 1

Plaintiff filed an Amended Complaint on February 18, 2026, which is substantially similar to Plaintiff's original Complaint. *See* Dkt. ## 6, 12. For all the reasons set forth in the Court's first dismissal, (Dkt. # 11), the Court dismisses the Amended Complaint.

Plaintiff does not request leave to again amend their complaint, and the Court declines to grant such leave. Based on Plaintiff's filings here, the Court believes that any amendment of the claims would be futile. *See Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995) (court may deny leave to amend to pro se litigant when "it is absolutely clear that no amendment can cure the defect" in the complaint). Additionally, in the Court's prior order, the Court warned that if the Amended Complaint did not meet the pleading standards it would dismiss with prejudice. *See* Dkt. # 11.

Thus, the Court DISMISSES Plaintiff's Amended Complaint with prejudice under 28 U.S.C. § 1915(E)(2)(B)(ii). Dkt. # 12; *see* Dkt. #11.

Dated this 8th day of April, 2026.

John H. Chun
United States District Judge

ORDER - 2